Douglas R. Hart, SBN 115673
dhart@sidley.com
Jennifer B. Zargarof, SBN 204382
jzargarof@sidley.com
Sharisse R. Deal, SBN 293599
sdeal@sidley.com
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendant CVS Health Corporation (F/K/A CVS Caremark Corporation)**

Lisa Blanco Jimenez, SBN 234671
Ricardo Z. Aranda, SBN 260438
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

**Attorneys for Plaintiff MARK A. SLAY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK A. SLAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01315-TLN-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE THE JOINT STATUS REPORT** |

# ORDER

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered the Joint Status Report is to be filed on or before November 20, 2015.

**IT IS SO ORDERED.**

Dated:  October 22, 2015

_____
Troy L. Nunley
United States District Judge